# United States District Court
# For The Western District of North Carolina
# Asheville Division

**LADARRION TURNER** ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:11-cv-00046

**DOUG NEWTON**, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/11 Order.

                                                Signed: April 19, 2011

                                                */s/ Frank G. Johns*

                                                Frank G. Johns, Clerk
                                                United States District Court